**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BUTLER DYNAMICS, LLC, | : | Civil No. 1:25-CV-00675 |
| Plaintiff, | : | |
| v. | : | |
| ADAPTIVE ENVIRONMENTS, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 14th day of October, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff Butler Dynamics, LLC's motion for summary judgment, Doc. 29, is **DENIED**.

2) Defendant Adaptive Environments, Inc.'s motion for summary judgment, Doc. 20, is **DENIED**.

3) A telephone status conference is **SCHEDULED** in this case for October 28, 2026 at 9:15 a.m. The parties shall call in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania